UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALFREDO RIVERA SANCHEZ

Petitioner

v.

WILLIAM TORRES SANTIAGO, WARDEN, et al.

Respondents

CIVIL NO. 97-2283(CCC)

Section 2254

## ORDER

| | RULING |
|---|---|
| Docket No. 13<br><br>Petitioner's Pro Se Letter Requesting to be Informed why his Case was Dismissed | On October 10, 1997, petitioner was granted 30 days to submit proof of exhaustion of state remedies. (Docket No. 3). Notwithstanding his failure to do so, the Court granted a belated request for additional time on February 4, 1998. (Docket No. 7). Petitioner finally complied on February 20, 1998. (Docket No. 8). Having examined all the documents, on February 27, 1998, the Court determined that petitioner had not exhausted state remedies and dismissed the case. (Docket Nos. 9-10). Petitioner next filed a pleading submitting additional documents on February 17, 1999 (Docket No. 11), at which time the case had been closed for almost an entire year. |

DATE: September 16th, 1999.

CARMEN CONSUELO CEREZO
U.S. District Judge

s/c: A. Rivera
SEP 2 0 1999

Rec'd          To Judge:

SEP 2 0 1999

By _____ # 14