UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALFREDO RIVERA SANCHEZ

Plaintiff

v.                                              CIVIL NO. 97-2283(CCC)

WILLIAM TORRES SANTIAGO, WARDEN, et al.

Defendant



## ORDER

| MOTION | RULING |
|---|---|
| Docket No. 15<br><br>Plaintiff's Letter-Motion Requesting Disposition of Case | MOOT. The instant case has been closed since Judgment was entered on February 25, 1998. The record denotes that plaintiff has been duly notified of all Court Orders and the allegations in all subsequent pleadings indicate that he is aware of the contents thereof. |

DATE: December 7, 1999.

CARMEN CONSUELO CEREZO
U.S. District Judge

s/c A. Rivera

DEC 9 1999